IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Greenwood, Michelle D

Printed: 01/06/09

Case Number: 08 B 01454
Judge: Wedoff, Eugene R
Filed: 1/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,472.00 |  |
| Secured: |  | 3,146.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 108.98 |
| Trustee Fee: |  | 216.14 |
| Other Funds: |  | 0.00 |
| Totals: | 3,472.00 | 3,472.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 2,350.00 | 108.98 |
| 2. | NationStar Mortgage LLC | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | United Consumer Financial Srv | Secured | 1,460.83 | 241.02 |
| 5. | Chase Automotive Finance | Secured | 24,628.94 | 2,905.86 |
| 6. | NationStar Mortgage LLC | Secured | 6,207.40 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 4,849.82 | 0.00 |
| 8. | Chase Automotive Finance | Unsecured | 45.13 | 0.00 |
| 9. | Creditors Discount & Audit Co | Unsecured | 715.10 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 45.75 | 0.00 |
| 11. | Pronger Smith Clinic | Unsecured | 364.95 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 116.50 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 30.71 | 0.00 |
| 14. | B-Real LLC | Unsecured | 2.30 | 0.00 |
| 15. | Heart Care Centers Of Illinois | Unsecured | 252.10 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 98.48 | 0.00 |
| 17. | B-Real LLC | Unsecured | 52.90 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 10.17 | 0.00 |
| 19. | Trinity Hospital | Unsecured | 4,193.98 | 0.00 |
| 20. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 21. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 22. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 23. | Cbe Group | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| 25. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 26. | Cda/Pontiac | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:    Greenwood, Michelle D

Printed: 01/06/09

Case Number:  08 B 01454
Judge:  Wedoff, Eugene R
Filed:  1/23/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Cardiac Consulting Group | Unsecured | | No Claim Filed |
| 28. | CBCS | Unsecured | | No Claim Filed |
| 29. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 32. | Collection System | Unsecured | | No Claim Filed |
| 33. | Collection System | Unsecured | | No Claim Filed |
| 34. | Credit Management Co. | Unsecured | | No Claim Filed |
| 35. | Sage Telecon | Unsecured | | No Claim Filed |
| 36. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 37. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 38. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 39. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 40. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 41. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 42. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 43. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 45. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 46. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 47. | John Stroger Hospital | Unsecured | | No Claim Filed |
| 48. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 49. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 50. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 51. | Medical Collections | Unsecured | | No Claim Filed |
| 52. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 53. | Nation Collection | Unsecured | | No Claim Filed |
| 54. | Donald Amuh MD LTD | Unsecured | | No Claim Filed |
| 55. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 56. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 57. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 58. | Newport News | Unsecured | | No Claim Filed |
| 59. | Emergency Medical Specialist SC | Unsecured | | No Claim Filed |
| 60. | Plaza Associates | Unsecured | | No Claim Filed |
| 61. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 62. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | $ 45,425.06 | $ 3,255.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.87 |
| 6.5% | 169.27 |
| | $ 216.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Greenwood, Michelle D | Case Number:  08 B 01454 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/06/09 | Filed:  1/23/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

